# Exhibit A, Page 2

*Opus East, LLC*

| No. | Name | Invoice Number | Invoice Date | Invoice Amount | Supplier Number | Payment Number | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Specified Woodworking Corp. | APP01-1046700 | 2/25/2009 | $4,153.50 | 1010745 | 10774 | 5/12/2009 | 5/18/2009 | $4,153.50 |
| 2 | Specified Woodworking Corp. | APP01-1046760 | 2/20/2009 | $8,964.90 | 1010745 | 10775 | 5/12/2009 | 5/18/2009 | $8,964.90 |
| 3 | Specified Woodworking Corp. | APP02-1046700 | 3/25/2009 | $13,202.10 | 1010745 | 10972 | 6/19/2009 | 6/30/2009 | Rows 3-5 sum to the total |
| 4 | Specified Woodworking Corp. | APP02-1046760 | 3/25/2009 | $16,269.30 | 1010745 | 10972 | 6/19/2009 | 6/30/2009 | transfer amount of |
| 5 | Specified Woodworking Corp. | APP03-1046700 | 4/25/2009 | $900.60 | 1010745 | 10972 | 6/19/2009 | 6/30/2009 | **$30,371.40** |
| | | | | | | | | | **$43,489.80** |